97–1069. Bonistalli v. Tracy.
Board of Tax Appeals, No. 96–B–968. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, September 10, 1997*

## MOTION DOCKET

91–2137. State v. Campbell.
Hamilton App. No. C–890330. On September 4, 1997, appellant filed a notice of exhaustion of state post-conviction remedies. It appearing to the court that all matters have been disposed of in case No. 91–2137, appellant's direct appeal of his conviction, and case No. 97–1166, appellant's post-conviction appeal,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on May 23, 1995 be, and is hereby, revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 9th day of December, 1997, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

96–536. State v. Henness.
Franklin App. No. 94APA02–240. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,

IT IS ORDERED that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

96–2819. State v. Hessler.
Franklin C.P. No. 95–CR–11–6906. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that a stay of execution be, and is hereby, granted, pending further order of this court.